UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LAMIA HARB, et al.,

    Plaintiffs,

v.

Case No. 23-cv-13241
Hon. Matthew F. Leitman

NATIONS DIRECT MOTGAGE LLC,

    Defendant.

_____/

### ORDER GRANTING PLAINTIFFS' EMERGENCY MOTION FOR EXTENSION TO FILE MOTION TO REMAND (ECF No. 4)

For the reasons stated on the record during the status conference on February 12, 2024, the Court hereby **GRANTS** Plaintiffs' Emergency Motion for Extension to File Motion to Remand (ECF No. 4.)

Plaintiffs shall file a Motion to Remand no later than **February 26, 2024**. Defendant shall respond no later than **March 11, 2024**. Plaintiffs shall then reply no later than **March 18, 2024**.

    **IT IS SO ORDERED.**

                                        s/Matthew F. Leitman
                                        MATTHEW F. LEITMAN
                                        UNITED STATES DISTRICT JUDGE

Dated: February 13, 2024

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on February 13, 2024, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126
